Gary Goodheart, Esq. (SBN 1203)
Brenoch Wirthlin, Esq. (SBN 10282)
**FENNEMORE CRAIG, P.C.**
300 S. Fourth St., Suite 1400
Las Vegas, Nevada 89101
Tel: 702-692-8000
Fax: 702-692-8099
ggoodheart@fclaw.com
bwirthlin@fclaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROOFTOP DIGITAL IMAGING, LLC, d/b/a OFF THE WALL SIGNS & GRAPHICS, a Domestic Limited-Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>PARAMOUNT VISUALS COMPANY, INC, d/b/a PARAMOUNT & CO, a Domestic Business Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-00526-JCM-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE PRELIMINARY INJUNCTION HEARING AND RELATED DEADLINES [FIRST REQUEST]** |

Come now defendant Paramount Visuals Company, Inc., d/b/a Paramount & Co. ("Paramount"), by and through counsel, Fennemore Craig, P.C., and Plaintiff Rooftop Digital Imaging, LLC d/b/a Off the Wall Signs & Graphics ("Plaintiff" and collectively with Paramount referred to as the "Parties"), by and through counsel Jones Wilson LLP, and hereby stipulate and agree as follows:

WHEREAS, pursuant to this Court's Temporary Restraining Order (ECF No. 3) ("Order"), a preliminary injunction hearing is currently set for Monday, April 9, at 1:30 p.m. ("Hearing");

WHEREAS, pursuant to the Order, responses to Plaintiff's motion for preliminary injunction ("Motion") are due April 3, 2018, and a reply, if any, is due April 6, 2018;

WHEREAS, pursuant to the terms of the Order it shall expire fourteen (14) days after entry;

WHEREAS, the Parties have been engaged in good faith settlement negotiations and believe it is in the best interests of all Parties to continue such discussions before expending additional time and resources preparing for the upcoming Hearing, including responding to the Motion;

NOW THEREFORE the Parties hereby stipulate and agree as follows:

1. The Hearing shall be continued with the Court's permission for a period of two (2) weeks, or until such time as is convenient for the Court's schedule;
2. That pending the Hearing taking place, the restraints imposed in the Order shall remain in effect;
3. The deadline for Paramount's response to the Motion shall be extended ten (10) calendar days, through and including April 13, 2018;
4. The deadline for Plaintiff's reply shall be continued twelve (12) calendar days, through and including April 18, 2018;

**IT IS SO STIPULATED.**

Dated this 2nd day of April, 2018.

**JONES WILSON LLP**

By: /s/ Cory M. Jones
  Cory M. Jones, Esq.
  1522 W Warm Springs Road
  Henderson, NV 89014
  702.405.6000
  cjones@joneswilson.com
  *Attorneys for Plaintiff*

**IT IS SO ORDERED**

Preliminary injunction hearing reset for April 23, 2018, at 1:30 p.m.

Dated this 2nd day of April, 2018.

**FENNEMORE CRAIG, P.C.**

By: /s/ Gary Goodheart
  Gary Goodheart, Esq. (SBN 1203)
  Brenoch Wirthlin, Esq. (SBN 10282)
  300 S. Fourth Street, Suite 1400
  Las Vegas, Nevada 89101
  702.692.8000 (Telephone)
  702.692.8099 (Facsimile)
  *Attorneys for Defendant*

_____
U.S. DISTRICT COURT JUDGE

DATED: April 5, 2018