Gary Goodheart, Esq. (SBN 1203)
Brenoch Wirthlin, Esq. (SBN 10282)
**FENNEMORE CRAIG, P.C.**
300 S. Fourth St., Suite 1400
Las Vegas, Nevada 89101
Tel: 702-692-8000
Fax: 702-692-8099
ggoodheart@fclaw.com
bwirthlin@fclaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROOFTOP DIGITAL IMAGING, LLC, d/b/a OFF THE WALL SIGNS & GRAPHICS, a Domestic Limited-Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>PARAMOUNT VISUALS COMPANY, INC, d/b/a PARAMOUNT & CO, a Domestic Business Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-00526-JCM-PAL<br><br><br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel of record, hereby stipulate that this

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

case shall be dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 17th day of April, 2018.  Dated this 17th day of April, 2018.

FENNEMORE CRAIG, P.C.  JONES WILSON LLP


By: */s/ Gary R. Goodheart*  By: */s/ Cory M. Jones*
    Gary R. Goodheart, Esq. (SBN 1203)      Cory M. Jones, Esq. (SBN 5028)
    Brenoch Wirthlin, Esq. (SBN 10282)      1522 W. Warm Springs Road
    300 S. Fourth St., Suite 1400      Henderson, NV 89014
    Las Vegas, Nevada 89101      Tel: (702) 405-6000
    Tel: 702-692-8000      Fax: (702) 405-6046
    Fax: 702-692-8099      cjones@joneswilson.com
    ggoodheart@fclaw.com      Attorney for Plaintiff
    bwirthlin@fclaw.com
    Attorneys for Defendant

**ORDER**

    **IT IS SO ORDERED.**


                                                                            U.S. DISTRICT COURT JUDGE

                                                                            DATED: April 18, 2018